United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,
Plaintiff,
v.
UNITED AIRLINES, INC., et al.,
Defendants.

Case No. 4:26-cv-06165-KAW

**ORDER DENYING MOTION FOR RECONSIDERATION OF DENIAL OF IFP APPLICATION**

Re: Dkt. No. 7

On June 22, 2026, Plaintiff Sergey Firsov filed a complaint against United Airlines, Inc., American Airlines, Inc., Deutsche Lufthansa Aktiengesellschaft, Sabre GLBL, Inc., Travelport LP, and Amadeus IT Group S.A. (Compl., Dkt. No. 1.) He concurrently filed an application to proceed in forma pauperis. (Dkt. No. 2.) On June 23, 2026, the Court denied Plaintiff's IFP application and ordered that he pay the filing fee of $405.00 by July 10, 2026. (Dkt. No. 6.)

On June 29, 2026, Plaintiff filed a motion for reconsideration of the order denying his IFP application. (Mot., Dkt. No. 7.) Alternatively, Plaintiff requests that the Court permit him to pay the filing fee in monthly installments of $101.00. (Mot. at 2.)

As an initial matter, Plaintiff did not obtain leave of court to file a motion for reconsideration as required by Civil Local Rule 7-9, which requires that a party obtain leave of court prior to filing a motion for reconsideration. Civil L.R. 7-9(a) (N.D. Cal. 2025). Notwithstanding this procedural error, the Court DENIES Plaintiff's motion for reconsideration on the merits.

"[T]here is no formula set forth by statute, regulation, or case law to determine when someone is poor enough to earn IFP status." *Escobedo v. Applebees*, 787 F.3d 1226, 1235 (9th Cir. 2015). The undersigned, as well as "numerous other judges in this District across [a multitude of]

other cases arising [predominantly] from Mr. Firsov's air travel have [] denied his IFP applications when presented with similar financial information" to that presented in his affidavit. *See L.F. by & Through Firsov v. Church of Scientology of Silicon Valley*, 2025 WL 1616721, at *4 (N.D. Cal. June 5, 2025) (collecting nine other cases; based on the undersigned's review, the total number of cases filed in this Court since 2025 is now over 20 – none granting IFP status). In fact, since the filing of the instant motion, Plaintiff has been declared vexatious by District Judge Edward M. Chen. Order Granting SANA/SAS's Mot. for Pre-Filing Order, *Firsov v. Scandinavian Airlines System Denmark-Norway-Sweden,* No. 25-cv-03691-EMC (N.D. Cal. Jun. 23, 2026), ECF No. 113. In finding Plaintiff vexatious, Judge Chen noted that Plaintiff has filed 30 cases in this district since March 26, 2025, and his applications for IFP status were denied in every single case. *Id.* at 2-12. In one such case, Magistrate Judge Nathanael Cousins found that, based on the income of Plaintiff and his spouse combined with his frequent international travel, Plaintiff "has not shown that he could not afford to pay the Court filing fee if he adjusted or deferred other of his discretionary expenses." *Firsov v. Alaska Airlines, Inc.,* 25-cv-02841-NW (NC) (N.D. Cal. Apr. 28, 2025), ECF No. 15 at 2.

More recently, Magistrate Judge Joseph C. Spero found that Plaintiff had not established an inability to pay the filing fee based on a reported gross salary of $10,920 per month and he found that Plaintiff's spousal and child support payments were sufficiently offset by his salary. *Firsov v. Wizfair, LLC,* No. 26-cv-03425-RS (JCS) (N.D. Cal. May 18, 2026), ECF No. 9 at 2-3 (*Wizfair*). The Court notes that the gross wages claimed in this case is $10,400 per month is comparable and supports the same finding. (*See* Dkt. No. 2 at 1.) The Court also agrees with Judge Spero's observation that "the allegations in this case (and in the many other cases Plaintiff has filed in this Court) reflect that [Plaintiff] continues to engage in expensive international travel, including hotels and even charges for transporting a dog" which belies a showing "that he cannot afford to pay the Court filing fee if he adjusts or defers other discretionary expenses." *Wizfair* at 3.

Accordingly, the Court DENIES the motion for reconsideration based on the same reasoning set forth in the cases listed above. Finally, the Court DENIES Plaintiff's request to pay the filing fee in monthly installments, but it will extend the deadline to pay the filing fee to

United States District Court
Northern District of California

**August 10, 2026**. Plaintiff is advised that the failure to timely pay the filing fee will result in the reassignment of this case to a district judge with the recommendation that it be dismissed for failure to pay the filing fee.

IT IS SO ORDERED.

Dated: July 17, 2026

KANDIS A. WESTMORE
United States Magistrate Judge